**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

*FILED JAN 23 2004 — Roseann B. MacKechnie, Clerk, SECOND CIRCUIT*

LONG
v.
DUDLEY

Docket No. 03-9068

nhct
01-cv-1684
Eginton

### STIPULATION WITHDRAWING PREMATURE APPEAL

It appearing that the above appeal is premature because some claims are still pending in District Court, i.e., *Long's claim against Dudley to be retried*, FRCP 54(b), and no certification has been granted, WHEREFORE,

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. This stipulation shall not preclude any appeal from a final judgment, i.e., adjudicating all the claims and the rights and liabilities of all the parties, or granting certification, FRCP 54(b).

*/s/ Martin S. Etler*
Attorney for Appellant

*/s/*
Attorney for Appellee

Counsel: Please print name and firm under signature.

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By */s/ Stanley A. Bass*
Stanley A. Bass, Staff Counsel

STAFF COUNSEL

A TRUE COPY
Roseann B. MacKechnie, CLERK
by */s/*
DEPUTY CLERK

CERTIFIED: 1/23/04