UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

YVETTE LAY and DANIEL LONG, :
    Plaintiffs, :   3:01CV1684(WWE)  2005 SEP 10 P 1:39
     :
v. :   U.S. DISTRICT COURT
     :   BRIDGEPORT, CONN.
ROBERT DUDLEY, :
OFFICER MASTROPETRE, :
OFFICER INCONIGLIOS, :
OFFICER BERGEL, :
    Defendants :

### REFERRAL TO MAGISTRATE JUDGE

This above-captioned is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

___ All purposes including trial upon written request by all parties (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

___ A ruling on the following pending motion:

**XXX** A settlement conference (orefmisc./cnf)

___ A scheduling conference (orefmisc/cnf)

___ Other: (orefmisc./misc)

SO ORDERED this 10th day of September, 2004 at Bridgeport, Connecticut.

_____
Warren W. Eginton
Senior U.S. District Judge