**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **DANIEL LONG, ET AL** | : | |
|     Plaintiffs | : | |
| | : | |
| VS. | : | CIVIL NO. 3:01 CV 01684 (WWE) |
| | : | |
| **ROBERT DUDLEY, JR., ET AL** | : | |
|     Defendants | : | SEPTEMBER 22, 2004 |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance for the defendants.

Dated: September 22, 2004          THE DEFENDANTS

                                          BY:/s/_____
                                          Jonathan H. Beamon
                                          Assistant Corporation Counsel
                                          City of New Haven
                                          165 Church Street, 4th Floor
                                          New Haven, CT  06510
                                          Telephone (203) 946-7958
                                          Federal Bar No. ct22937
                                          E-mail: jbeamon@newhavenct.net

## **C E R T I F I C A T I O N**

      This is to certify that on September 22, 2004, a copy of the foregoing Appearance has been delivered to the following counsel of record:

The Law Offices of Williams & Pattis
51 Elm Street
New Haven, CT 06510

      /s/_____
      Jonathan H. Beamon