UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL LONG | : | |
| | : | |
| VS. | : | CIVIL NO. 3:01CV01684 (WWE) |
| | : | |
| ROBERT H. DUDLEY, JR., | : | SEPTEMBER 24, 2004 |

## WITHDRAWAL OF CLAIMS OF PLAINTIFF DANIEL LONG ONLY

The claims of the plaintiff Daniel Long are hereby withdrawn because his claims have been settled.

THE PLAINTIFF DANIEL LONG

BY_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was delivered by hand to Assistant Corporation Counsel Jonathan Beamon, 165 Church Street, New Haven, CT 06510.

_____
JOHN R. WILLIAMS