UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YVETTE LAY | : | |
| | : | |
| VS. | : | CIVIL NO. 3:01CV01684 (WWE) |
| | : | |
| OFFICER BERGEL | : | SEPTEMBER 25, 2004 |

**BRIEF IN OPPOSITION TO RENEWED MOTION TO SET ASIDE VERDICT**

    The defendant Bergel, more than a year after judgment entered against her and her initial appeal was withdrawn as premature, now purports to renew her motion to set aside the verdict. She claims the court should have submitted different interrogatories to the jury.

    This motion is not only untimely, but patently frivolous. It should be denied summarily.

    Respectfully submitted:

_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Attorney for Plaintiff

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was delivered by hand to Assistant Corporation Counsel Jonathan Beamon, 165 Church Street, New Haven, CT 06510.

_____
JOHN R. WILLIAMS