UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
915 Lafayette Boulevard
Bridgeport, CT 06604

2004 SEP 27 P 2: 56

Kevin F. Rowe
Clerk

3:01CV1684 WWE - DANIEL LONG V. ROBERT DUDLEY

NOTICE TO COUNSEL

Rule 41(b) of the Local Rules of this District provides:

"When counsel of record report to the Court that a Civil Action pending on its docket has been settled between the parties and no closing papers are filed within thirty (30) days thereafter, the Clerk shall enter an order of dismissal. Said dismissal shall be without costs and without prejudice to the right of any of the parties thereto to move within thirty (30) days thereafter to reopen if settlement has not, in fact, been consummated."

The case above, after being reported settled on September 27, 2004, is subject to being dismissed under this rule. Unless some action is taken or a satisfactory explanation of why it should not be dismissed is submitted the Court on or before October 27, 2004, it will be dismissed.

Dated at Bridgeport, Connecticut, this 27th day of September, 2004.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk