UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **YVETTE LAY and DANIEL LONG,** : | |
| Plaintiffs, : | 3:01CV1684(WWE) |
| v. : | |
| **OFFICER BERGEL, et al.** : | |
| Defendants : | |

**RULING ON DEFENDANTS' MOTION TO RENEW MOTION TO SET ASIDE VERDICT AGAINST SHARON BERGEL, AND GRANT NEW TRIAL**

This matter was tried to a jury on April 10 and 11, 2003. After deliberation, the jury returned a verdict on April 11, 2003, in favor of plaintiff Yvette Lay against defendant Officer Bergel on her claims pursuant to 42 U.S.C. Section 1983. The jury could not reach a decision as to plaintiff Daniel Long's claims, and that matter was eventually resolved through settlement. Pending before the Court is the defendants' second motion to set aside the verdict against Sharon Bergel in favor of plaintiff Lay. Defendants complain, as argued on the first motion to set aside, that certain interrogatories were necessary in order to resolve factual disputes that were material to proving the defense of qualified immunity. Upon review, the Court will adhere to its previous decision. The motion to renew motion to set aside verdict against Sharon Bergel and grant a new trial [#70] is DENIED.

SO ORDERED this 25th day of October, 2004.

_____
WARREN W. EGINTON, Senior U.S. District Judge

1